# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Mark Edward Hogg**<br>    Debtor | Case No.:  18–40873–EJC<br>Judge:  Edward J. Coleman III<br>Chapter:  13 |

### NOTICE OF HEARING

Notice is given that a hearing shall be held on:

*January 10, 2019 , at 10:30 AM*
*Bankruptcy Courtroom Rm 228, U.S. Courthouse, 125 Bull St., Savannah, GA 31401*

to consider and act upon the following:

Debtor's Request to be Heard on Trustee's Notice of Non– Compliance

*Lucinda Rauback, CLERK*
United States Bankruptcy Court
125 Bull St, Rm 213
P.O. Box 8347
Savannah, GA 31412

Dated **December 20, 2018**

*13–36 (Rev. 08/16)* **EKB**