IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of: )
 )
MARK EDWARD HOGG )  Chapter 13
90 DAILEY DRIVE )  Case No.   18-40873-EJC
GUYTON, GA 31312 )
 )
            Debtor(s) )

**FILED**
Lucinda B. Rauback, Clerk
United States Bankruptcy Court
Savannah, Georgia
By ebonanni at 4:17 pm, Jan 23, 2019

### ORDER ON CONFIRMATION

After a hearing to consider confirmation of the plan in the above-styled Chapter 13 case it is hereby determined that confirmation is:

____ Denied and the case is dismissed.

____ Denied and the case is converted to a case under Chapter 7.

✓ Denied and the case is dismissed with prejudice against refiling for 180 days.

   ✓ Unless converted to a case under Chapter 7 within fifteen (15) days.

____ Granted upon condition that:

   ____ Debtor pay $_____ by _____.

   ____ Debtor Pay $_____ per _____ until _____.

   ____ Debtor attends next scheduled § 341 Meeting and no timely objection to confirmation is filed thereafter. If an objection is filed, confirmation will be reassigned for hearing.

   ____ Debtor makes all future payments to the Trustee in a timely manner. Upon any default, the Trustee shall file and serve a Notice of Non-compliance. If no request for a hearing is filed within fourteen (14) days of the Notice of Non-compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate.

   ____ Debtor pay balance of filing fee by _____.

____ Continued to _____ at _____ a.m. / p.m.

   ____ Upon payment of $ _____ by _____;

   ____ With payments of $ _____ per _____ in the interim;

   ____ Debtor's counsel is ordered to file a modified plan by _____;

   ____ Debtor's counsel is ordered to file objection(s) to claim(s) by _____;

   ____ Upon condition that Debtor(s) _____;
   _____;

____ Upon the failure of Debtor or Debtor's counsel to strictly comply with the terms of this Order the case may be dismissed without further notice or hearing.

SO ORDERED.

Dated   January 10, 2019

cc:   Debtor
      Debtor's Attorney   *A 5 Pg Att for Debtors case # 590555*
For ✓  Chapter 13 Trustee : [signature]

EDWARD J. COLEMAN, III, Judge
U.S. Bankruptcy Court
Southern District of Georgia

68

Jeff Narmore, For The Chapter 13 Trustee
GA Bar #412079